UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 20-cr-175-9 (ABJ) |
| ANTHONY MAY | Status September 25, 2023 |
| Defendant. | |

## JOINT MOTION TO VACATE STATUS

Defendant Anthony May, by and through undersigned counsel, with the agreement of the prosecution, moves this court to vacate the status hearing set for September 25, 2023.  The last time this matter was before the Court the conditions of release were modified and the defendant was detained pending sentencing.  This action was taken because the defendant was arrested and charged with another case involving discharge of a firearm that is pending in the District of Columbia Superior Court. At the time this action was taken there was some reason to believe that the new case might be dismissed on the Preliminary Hearing date.

At the Defendant's request, with the agreement of the prosecution, the Court set a status date to review the matter if the District of Columbia

Superior Court case was dismissed.  At the time undersigned counsel proffered that if defendant continued to be preventively detained in the Superior Court case the defense would likely seek to vacate the status date since a Motion to Reconsider Conditions of Release in the case at bar would be essentially moot and disadvantageous to the defendant.  In the interim, in the Superior Court case the preliminary hearing was held, and the defendant has been preventively detained. Based on that, the Prosecution and Defense agree that there is no need for the September 25, 2023, status hearing and the hearing date should be vacated.

WHEREFORE, for the foregoing reasons, the prosecution and defense jointly move to have the September 25, 2023, status hearing vacated.

Respectfully submitted,

_____/s/_____
Jonathan Zucker # 384629
37 Florida Av. NE
Suite 200
Washington, DC  20002
(202) 624-0784
jonathanzuckerlaw@gmail.com
*Counsel for Anthony May*

## CERTIFICATE OF SERVICE

I certify that on September 4, 2023, I caused a copy of the foregoing Motion and Memorandum to be filed with the Clerk using the CM/ECF System which will send notification of this filing to all parties.

A courtesy copy was sent by email to the assigned AUSAs.

_____/s/_____
Jonathan Zucker